

# NUMBER 13-16-00683-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

NOHEMI GABRIELA GONZALEZ,                                      Appellant,

v.

THE STATE OF TEXAS,                                              Appellee.

### On appeal from the 370th District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Longoria, and Hinojosa
### Memorandum Opinion by Justice Longoria

This appeal was abated by this Court on November 9, 2017, because appellant failed to file a brief. This cause is now before the court because counsel for appellant has filed a motion to dismiss the appeal. Accordingly, this case is hereby REINSTATED.

In an affidavit attached to the motion to dismiss appeal, appellant states that she no longer wishes to pursue her appeal. We find the motion and affidavit together meet the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and her attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we GRANT the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NORA L. LONGORIA
Justice

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
14th day of December, 2017.